UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 15 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America<br><br>v.<br><br>Jonathan Christopher Bernard,<br><br>Defendant. | Case No. 19-mj-71874 MAG<br><br>Charging District: Eastern District of Missouri<br><br>Charging District's Case No.:<br>4:19CR00785 JAR/PLC |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| | |
|---|---|
| Place: Federal Courthouse<br>111 South 10th Street<br>St. Louis, MO 63102 | Magistrate Judge Patricia Cohen<br>Courtroom 9<br>Date and Time: December 2, 2019 at 9:30 AM |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: November 15, 2019

Kandis A. Westmore
United States District Judge